IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BLUEFIELD

BETH COPSON, et al.,

    Plaintiff,

v.                                      CIVIL ACTION NO. 1:19-cv-00127

PATRICK M. HEPHNER, et al.,

    Defendants.

## ORDER

Due to a conflict, the referral of this civil action for discovery matters is transferred from the Honorable Omar J. Aboulhosn, United States Magistrate Judge, to the Honorable Cheryl A. Eifert, United States Magistrate Judge.

Copies of this Order shall be forwarded by the Clerk to Magistrate Judge Aboulhosn, Magistrate Judge Eifert, counsel of record, and any unrepresented party.

DATED: March 6, 2019

_____
RORY L. PERRY II, Clerk of Court