IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

BETH COPSON, as Administratrix
of the Estate of Kyle Andrew
Copson deceased,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:19-00127

PATRICK M. HEPHNER, Individually
As a member of the West Virginia
State Police, et al.,

    Defendants.

## O R D E R

    The court has received and reviewed the Rule 26(f) Report filed in this case pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule of Civil Procedure 16.1(c). Accordingly, it is hereby ORDERED that the Scheduling Conference previously scheduled for 10:00 a.m. on May 20, 2019, is CANCELLED.

    The Clerk is directed to send a copy of this Order to counsel of record.

    IT IS SO ORDERED this 11th day of April, 2019.

                ENTER:

                *David A. Faber*
                David A. Faber
                Senior United States District Judge