# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**BETH COPSON,**
**as Administratrix of the Estate of**
**KYLE ANDREW COPSON, deceased,**

    **Plaintiff,**

**v.**                                  **CIVIL ACTION NO. 1:19-cv-00127**

**PATRICK M. HEPHNER, individually**
**as a member of the West Virginia State Police,**
**and JAMES C. LONG, individually as a member**
**of the West Virginia State Police,**

    **Defendants.**

## CERTIFICATION OF SERVICE

I hereby certify that on the __7th__ day of May, 2019, I served discovery material, namely

**"Defendant James C. Long's First Set of Interrogatories, Requests for Admission and**

**Requests for Production of Documents to Plaintiff"** upon counsel of record by placing a true

and exact copy of same in the regular course of the United States Mail in envelope addressed as

follows:

Russell A. Williams, Esq. (WVSB # 12710)
Katz, Kantor, Stonestreet & Buckner, PLLC
207 S. Walker Street
Princeton, WV  24740
*Counsel for Plaintiff*


**STEPTOE & JOHNSON PLLC**       /s/ Michael D. Mullins
    **Of Counsel**                Michael D. Mullins (WVSB #7754)
                                   Chase Tower, 17th Floor
                                   707 Virginia Street East
                                   Post Office Box 1588
                                   Charleston, WV 25326-1588
                                   Telephone:  304-353-8000
                                   Facsimile:  304-353-8180
                                   Michael.Mullins@steptoe-johnson.com