IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

BETH COPSON, Administratrix
of the Estate of KYLE
ANDREW COPSON, deceased,

    Plaintiff,

v.                            CIVIL ACTION NO. 1:19-00127

PATRICK M. HEPHNER, individually
As a member of the West Virginia
State Police, and JAMES C. LONG,
Individually as a member of the
West Virginia State Police,

    Defendants.

## O R D E R

The docket in this action reflects that service has not been obtained upon the defendant Patrick M. Hepner within 90 days of filing of the complaint as required by *Fed. R. Civ. P.* 4(m). Accordingly, the Court **ORDERS** the Plaintiff to demonstrate good cause for not serving defendant Patrick M. Hephner with process. Failure to respond to this order within ten days or an insufficient showing of good cause will result in dismissal without prejudice of this case as to defendant Patrick M. Hephner.

IT IS SO ORDERED this 28th day of May, 2019.

                                    ENTER:

                                    David A. Faber
                                    Senior United States District Judge