IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BLUEFIELD DIVISION

BETH COPSON, as Administratrix
of the Estate of KYLE ANDREW COPSON,
deceased,

      Plaintiff,

v.    Case No. 1:19-cv-00127

PATRICK M. HEPHNER, individually
as a member of the West Virginia State Police,
and JAMES C. LONG, individually
as a member of the West Virginia State Police,

      Defendants.

### ORDER GRANTING MOTION TO COMPEL

Pending before the Court is Defendant Long's Motion to Compel. (ECF No. 27). The time allotted for Plaintiff to file a response to the motion has expired. *See* L. R. Civ. P. 7.1(a)(7). Given Plaintiff's lack of opposition to the motion, the Court **GRANTS** same. Plaintiff is hereby **ORDERED** to serve full and complete discovery responses on Defendant Long within **fourteen (14) days** from the date of this Order.

The Clerk is instructed to provide a copy of this Order to counsel of record and any unrepresented party.

**ENTERED:** October 15, 2019

_____
Cheryl A. Eifert
United States Magistrate Judge